### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

| | | |
|---|---|---|
| STEVEN HICKCOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| HYSTER-YALE GROUP, INC. | ) | Wyandotte County District Court |
| | ) | Case No.: 2022-CV-000475 |
| Defendant. | ) | |

### NOTICE OF REMOVAL

**COMES NOW** Defendant Hyster-Yale Group, Inc.,[1] by and through counsel, and pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446(a) as well as D.Kan.R. 81.1, files this Notice of Removal of the above-captioned matter from the District Court of Wyandotte County, Kansas, to the United States District Court for the District of Kansas at Kansas City. In support of this Notice of Removal, Defendant states:

1. This is a personal injury product liability action arising out of an incident in which Plaintiff was injured while on a forklift. Plaintiff asserts claims of strict liability and negligence against Defendant arising out of the design and manufacture of the forklift.

2. Plaintiff commenced this action on August 1, 2022 by filing his Petition for Damages in the District Court of Wyandotte County, Kansas. A copy of Plaintiff's Petition is attached as Exhibit A.

---

[1] Plaintiff's Petition improperly designates Defendant as "Hyster-Yale Group, Inc. aka Hyster-Yale Materials Handling, Inc." Hyster-Yale Group, Inc. is a separate entity from Hyster-Yale Materials Handling, Inc. The separate companies are not "also known as" one another. Thus, Plaintiff's "aka" designation is improper.

1

3. This court has original jurisdiction of this action under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the amount in controversy, exclusive of interest and costs, exceeds $75,000. *See* 28 U.S.C. § 1441.

4. Plaintiff is a citizen and resident of the State of Kansas, residing at 2035 Virginia Rd., Osawatomie, Kansas 66064. *See Exhibit A, Plaintiff's Petition for Damages, ¶1*.

5. Defendant is a citizen of the State of Ohio. Defendant is a Delaware corporation with it principal place of business at 5875 Landerbrook Drive, Suite 300, Cleveland, Ohio 44124. *See Exhibit B, Affidavit of Spencer Adams.*

6. Because Plaintiff is a citizen of Kansas and Defendant is a citizen of Ohio, there is complete diversity of citizenship under 28 U.S.C. ¶ 1332.

7. The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Plaintiff alleges that his arm was crushed by a forklift. *See Exhibit A, Plaintiff's Petition for Damages, ¶9*. In his prayer for relief, Plaintiff specifically prays for compensatory damages "in an amount of excess of $75,000.00." *See Exhibit A, Plaintiff's Petition for Damages, p. 6 & 9, ad damnum clauses*.

8. Plaintiff first served Defendant on August 15, 2022. Given that this Notice of Removal was filed within 30 days after service of Plaintiff's Petition for Damages, this Notice of Removal is timely under 28 USC § 1446.

9. Copies of all records and proceedings in state court as of the date of the filing of this Notice of Removal are attached as Exhibit C in compliance with D.Kan.R. 81.2.

**WHEREFORE**, Defendant hereby removes this action from the District Court of Wyandotte County, Kansas to the United States District Court for the District of Kansas.

Respectfully submitted,

**FOLAND, WICKENS, ROPER,
HOFER & CRAWFORD, P.C.**

*/s/ Kevin D. Brooks*
Joseph J. Roper       # 70130
Kevin D. Brooks       # 25390
1200 Main Street, Suite 2200
Kansas City, Missouri 64105
Telephone: (816) 472-7474
Facsimile: (816) 472-6262
Email: jroper@fwpclaw.com
         kbrooks@fwpclaw.com
***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 13th day of September 2022, the foregoing was filed electronically using the Court's electronic filing system, which will automatically send notice of such electronic filing to all counsel of record. The foregoing was also served via email to:

Erik P. Klinkenborg
JONATHAN BUSCHMAN,
ATTORNEY AT LAW, P.C.
1236 Swift Avenue
North Kansas City, Missouri 64116
erik@northkclawyers.com
ATTORNEY FOR PLAINTIFF

*/s/ Kevin D. Brooks*
**ATTORNEY FOR DEFENDANT**

3