# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

STEVEN HICKCOX,

        Plaintiff,

v.                                                Case No. 22-2363-DDC

HYSTER-YALE GROUP, INC.,

        Defendant.

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**Plaintiff recovers nothing, the action is dismissed on the merits, and the defendant shall recover costs from plaintiff consistent with the Memorandum and Order (Doc. 74) filed on February 2, 2024.**

   02/02/2024                                            SKYLER B. O'HARA
      Date                                               CLERK OF THE DISTRICT COURT

                                                        by:   s/ Megan Garrett
                                                               Deputy Clerk